UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

Docket No. 05-CR-589 (GWC)

CHRISTOPHER GRIER,

Defendant.
-----------------------------------------------------------x

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned, rather than the Magistrate Judge, will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_Christopher Grier_
**Defendant**

_[signature]_
**Defendant's Attorney**

_[signature]_
**U.S. Attorney**
**by AUSA**

Dated: 4/24/06
Brooklyn, New York

BEFORE: _[signature]_
ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE